IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNOLD S. PETERS,

    Plaintiff,

  v.

PHILLIPS CAMPBELL,

    Defendant.
_____/

No. C 06-02557 JSW

**ORDER OF DISMISSAL**

On April 13, 2006, Plaintiff Arnold S. Peters filed a complaint and an application to proceed *in forma pauperis*. On May 11, 2006, the Court denied Plaintiff's application without prejudice and dismissed his complaint with leave to amend. Pursuant to that Order, Plaintiff was to file an amended complaint by no later than June 23, 2006. Plaintiff has not filed an amended complaint. Accordingly, the matter is HEREBY DISMISSED for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: July 31, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE